IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY C. BECKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's application to proceed *in forma pauperis*, filing no. 1, is granted and plaintiff shall be allowed to proceed without payment of filing fees and fees for service of process.

The marshal is directed to serve process without payment of fees and expenses.

DATED this 20th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge