IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREGORY C. BECKER,** ) | CASE NO. 4:09CV3027 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **MICHAEL J. ASTRUE, as** ) | |
| **Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Brief (Filing No. 14). The Defendant requests that its deadline to respond be extended to October 8, 2009, so that the Defendant can fully respond to all of the issues raised in the Plaintiff's brief (Filing No. 13). The Court finds this Motion should be granted.

IT IS ORDERED:

1. Defendant's Motion to Extend Time to Respond to Plaintiff's Brief (Filing No.14) is granted; and

2. The Defendant shall file its brief in response on or before October 8, 2009.

Dated this 4th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge